# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| SUITE 3301 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

June 19, 2013

BY ECF
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Wise, et al. v. City of New York et al.*, 12-cv-1823-ENV-RER

Your Honor:

      Michael Kushner, Esq., Javier Solano, Esq. and I represent the plaintiffs in this matter.

      I write as a member of the United States Magistrate Judge Merit Panel for the Eastern District of New York.

      In response to the defense' application for Your Honor's recusal from this matter, please be advised that, after consulting with the Merit Panel Chair Robert L. Begleiter, I have been recused from Your Honor's reappointment process as per the Panel's standard practice.

      Mr. Kushner will address the remaining issues set forth in the defense's June 14, 2013 letters to the Court.

      Respectfully,

      s/
      Michael O. Hueston

cc:    Melanie Speight, Esq. (by ecf)
       Muriel Goode-Trufant, Esq. (by email)
       *Attorneys for the defendants*

       Robert L. Begleiter, Esq. (by email)
       *Chair, United States Magistrate Judge Merit Panel for the Eastern District of New York*